UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-72 |
| | ) | |
| EMANUEL ANDERSON | ) | |

## SENTENCING MEMORANDUM

Emanuel Anderson ("Mr. Anderson"), by counsel, files this sentencing memorandum and he requests a reasonable sentence in this matter. A requested reasonable sentence would satisfy the sentencing factors set forth in 18 U.S.C.§ 3553(a) and would address the specific factors of the nature and circumstances of the offense, the history and characteristics of this defendant, and the seriousness of the offense. The requested sentence would promote respect for the law and provide general and specific deterrence.

The presentence report (the "PSR"), in this case calculated a guideline range of 77 to 96 months, which is impacted by the five year (60 months) statutory maximum in the case. PSR, paragraph 78, page 16. Mr. Anderson has filed objections to the PSR which could impact the guideline range. In addition to the objections, Mr. Anderson requests a variance below the 60 month statutory maximum in order to give him some credit for acceptance of responsibility in this matter.

In addition, Mr. Anderson requests the 500 hour intensive drug treatment program and available physical and mental health treatment for the conditions set out in paragraphs 65-71 of the PSR. He also requests credit for time served since his arrest and incarceration on March 9, 2017.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *Tim S. Moore*
Tim S. Moore
BPR No. 011071
Federal Defender Services
219 West Depot Street, Suite 2
Greeneville, TN 37743
(423) 636-1301

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2018, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ *Tim S. Moore*

2

Case 2:18-cr-00072-KAC-CRW   Document 12   Filed 08/31/18   Page 2 of 2   PageID #: 54